AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the

Northern District of Alabama

| | |
|---|---|
| United States of America<br>v.<br><br>KRISTEN MARIE BATTOCLETTI<br>*Defendant* | )<br>) Case No. 7:24-cr-262-LSC-JHE<br>)<br>)<br>) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 7/23/2024

*Defendant's signature*

*Signature of defendant's attorney*

Kevyn Armstrong-Wright
*Printed name of defendant's attorney*

*Judge's signature*

L. Scott Coogler, United States District Judge
*Judge's printed name and title*